# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

VS.                              NO. 4:14CR00010-01-JLH

STEPHEN MARK WARE                                                                    DEFENDANT

## ORDER

The Government has moved to recall Defendant Stephen Mark Ware's arrest warrant and issue a summons for his appearance.[1] (Docket entry #122) The motion is GRANTED.

The warrant issued on April 3, 2014, is hereby recalled. The Clerk is directed to issue a summons to Mr. Ware and deliver to the United States Marshal for service, directing Mr. Ware's appearance for plea and arraignment before United States Magistrate Judge J. Thomas Ray at 10:00 a.m. on April 24, 2014.

IT IS SO ORDERED this 16th day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Judge Holmes referred the motion. (#141)