IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                             NO. 4:14CR00010 JLH

STEPHEN MARK WARE,
HECTOR DELGADO, WILMER
GEOVANI FUENTES-RAMOS,
VICTOR RUIZ-FLORES,
ROBERT YOUNG, JR., ROOSEVELT
LAMONT MARTIN, HAROLD
BLAKELY ALLEN, JR., MONTRELL
DESHUN YOUNG, IVORY LAMONT
JOHNSON, TYRONE DEMOND
WASHINGTON, RICKEY DALE
WASHINGTON, TELLYS ARKEITH
CLEMMONS, MAURICE LAMONT
HARRIS, JORDAN ADAM JONES,
EDDIE JEROME GILLIAM, WILLIE A.
TINSLEY, DEKEITRIC LARON WILLIAMS,
HENRY ARECE AKINS, RANDY DESHAN
JONES, KERRY LEE WOLFOLK,
CALVIN  DEVAUGHN MORGAN, ARLIN GENE
CHEETER, and BERTHA LEE GRIFFIN                                          DEFENDANTS

**ORDER**

Pending before the Court is the motion for continuance of the March 9, 2015, trial of this matter filed by defendant Roosevelt Lamont Martin.  Document #360.  The Court has determined that due to the number of defendants and attorneys involved in this case the most efficient manner of which to handle the motion for continuance will be to establish a deadline for any defendant opposing the motion to file a response in opposition.

IT IS THEREFORE ORDERED that any defendant opposing the motion for continuance must file a response in opposition on or before **FEBRUARY 10, 2015.**  It will not be necessary for any defendant who supports the motion for continuance to respond.

The Court will assume that any defendant who does not file a response in opposition of the motion on or before February 10, 2015, joins in the motion for continuance and waives Speedy Trial requirements up to and including the next scheduled trial date.

IT IS SO ORDERED this 26th day of January, 2015.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE